UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT ELDER, individually on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY HEALTH SYSTEM, INC. d/b/a THE VALLEY HOSPITAL, INC., VALLEY HOME CARE, INC., VALLEY MEDICAL GROUP,<br><br>Defendant. | CIVIL ACTION NO: 2:23-cv-00408<br><br>CLASS ACTION<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Robert Elder ("Plaintiff"), by and through his counsel, notices the Court of his voluntary dismissal of his claims against Defendant Valley Health System, Inc. d/b/a The Valley Hospital, Inc., Valley Home Care, Inc., and Valley Medical Group ("Defendant") without prejudice. Plaintiff dismisses his claims before Defendant has served either an answer or a motion for summary judgment.

Dated: March 6, 2023

Respectfully submitted,

*/s/ Kevin Laukaitis*
Kevin Laukaitis
**LAUKAITIS LAW FIRM LLC**
737 Bainbridge St, #155
Philadelphia, PA 19147
Tel: (215) 789-4462
klaukaitis@laukaitislaw.com

*Counsel for Plaintiff Robert Elder*

SO ORDERED

s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 3/7/2023